## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JOAN PENDERGRASS,<br>      Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 18-478 |
| THEODORE PENDERGRASS, II, *et al.,*<br>      Defendant. | : | |

## ORDER

**AND NOW,** this 6th day of December 2019, upon consideration of Defendant's Motion to Extend Case Management Deadlines [Doc. No. 61] and Plaintiff's Response thereto [Doc. No. 68], it is hereby **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part**. Substantial discovery has occurred, but lingering disputes require the supervision of Magistrate Judge Carol Sandra Moore Wells, to whom the matter is **REFERRED**. All parties are directed to contact Judge Wells's chambers to establish a schedule.

In the interim, it is further **ORDERED** that the case dispositive deadlines are modified as follows:

1.  Fact discovery shall be completed on or before February 28, 2020.

2.  Plaintiff's expert reports, if any, shall be completed on or before February 28, 2020.

3.  Defendant's expert reports, if any, shall be completed on or before March 30, 2020.

4.  The expert discovery deadline will be 30 days after dispositive motions are decided.

5.  All dispositive motions shall be filed on or before April 30, 2020. The parties are directed to follow Judge Rufe's Policies and Procedures for Summary Judgment.

It is so **ORDERED**.

BY THE COURT:

CYNTHIA M. RUFE, J.