# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN PENDERGRASS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THEODORE PENDERGRASS, II, *et al.* | : | NO. 18-478 |

## ORDER

AND NOW, this 6th day of April, upon review of the documents Plaintiff has submitted for *in camera* review, Plaintiff's Memorandum concerning the documents (Document No. 82), and in accordance with the Court's Memorandum of today, it is hereby **ORDERED** that, on or before April 21, 2020, Plaintiff shall produce to Defendant Holman the following documents: Luber 1939, Luber 2011, Luber 8929, Luber 9001, the portion of Luber 5791 that does **not** contain the email from Plaintiff's attorney to Plaintiff, Luber 5792-97, Luber 6216-6220, Luber 6486-6495, Luber 6932, Luber 7671-7674, Luber 7964-7967, Luber 9815-9817, Luber 10261, Luber 12417 and Plaintiff 1294-1299.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge