IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAN PENDERGRASS<br>**Plaintiff,**<br>v.<br>THEODORE PENDERGRASS, II, *et al.*,<br>**Defendants.** | CIVIL ACTION NO. 18-478 |

## ORDER

**AND NOW,** this 10th day of February 2021, upon consideration of Defendants Robert Bacine and Jack Rounick's Joint Motion for Summary Judgment, Defendant Timothy Holman's Motion for Summary Judgment, Plaintiff Joan Pendergrass's Motion for Partial Summary Judgment, and the responses and replies thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' Motions for Summary Judgment [Doc. Nos. 86, 87, 88, 106] are **GRANTED** and Plaintiff's Motion for Summary Judgment [Doc. No. 89] is **DENIED**. The Complaint is **DISMISSED** with prejudice and the Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**